IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VICTORIA MCGEE HARRIS,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                           No. 13-cv-963-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 10, 2014 (Doc. 10), Petitioner's claims are **DISMISSED with prejudice.**

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY:   s/*Caitlin Fischer*
                                          **Deputy Clerk**

Dated: October 10, 2014

Digitally signed by David R. Herndon
Date: 2014.10.10 16:52:47 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT